THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS P. HUFF, JR., Defendant-Appellant.

(No. 70-179;

Second District—June 4, 1971.

Opinion by Mr. JUSTICE ABRAHAMSON.

Morton Zwick, of Defender Project, of Chicago, (E. Roger Horsky, of counsel,) for appellant.

William J. Cowlin, State's Attorney, of Woodstock, for the People.